**Mamadou Alpha BARRY, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 13–1306.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 17, 2013.

Decided: Oct. 29, 2013.

Alexander J. Segal, Grinberg & Segal, P.L.L.C., New York, New York, for Petitioner. Stuart F. Delery, Acting Assistant Attorney General, Daniel E. Goldman, Senior Litigation Counsel, Puneet Cheema, United States Department of Justice, Washington, D.C., for Respondent.

Before WILKINSON, AGEE, and DAVIS, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mamadou Alpha Barry, a native and citizen of Guinea, petitions for review of an

order of the Board of Immigration Appeals affirming without opinion the Immigration Judge's decision finding Barry ineligible for adjustment of status as an alien who knowingly made a frivolous application for asylum. Based on our review of the record, we conclude that the preponderance of the evidence supports the agency's finding that Barry filed a frivolous asylum application. *See Matter of Y–L–,* 24 I. & N. Dec. 151, 157 (B.I.A.2007). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*